Thomas et vir *v.* Montgomery Ward & Company, Appellant.

Before Dillon, J.

Argued November 14, 1974. *Lee C. McCandless*, with him *McCandless, Chew & Krizner*, for appellant; *Norman D. Jaffe*, with him *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe & Montgomery*, for appellees.

Judgments affirmed.